IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH BLACK,                        :
                                        :
                    Plaintiff,          :          CIVIL ACTION NO. 14-3078
                                        :
        v.                              :
                                        :
CAROLYN W. COLVIN,                      :
COMMISSIONER OF THE SOCIAL              :
SECURITY ADMINISTRATION,                :
                                        :
                    Defendant.          :

## ORDER

**AND NOW**, this 5th day of January, 2016, after considering the complaint, the answer,

and all briefs of record; and after considering the administrative record (Doc. No. 6); and after

considering the report and recommendation filed by United States Magistrate Judge Elizabeth T.

Hey (Doc. No. 16); and no party having filed objections to the report and recommendation;

accordingly, it is hereby **ORDERED** as follows:

1.      The clerk of court is **DIRECTED** to return this matter to the court's active

docket;

2.      The report and recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

3.      The plaintiff's request for review is **DENIED**;

4.      The final decision of the Commissioner is **AFFIRMED**; and

5.      The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

                                BY THE COURT:


                                /s/ *Edward G. Smith*
                                EDWARD G. SMITH, J.